IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LUIS COTA,
                                    Appellant,
                    vs.
THE STATE OF NEVADA,
                                    Respondent.

MICHAEL LUIS COTA,
                                    Appellant,
                    vs.
THE STATE OF NEVADA,
                                    Respondent.

No. 83950 **FILED**

JAN 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 83954

## *ORDER DISMISSING APPEALS*

These are pro se appeals from district court orders denying motions to change venue. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to change venue in a criminal matter, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS these appeals dismissed.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]Given this order, this court takes no action on the pro se letters filed on January 3, 2022.

22-01941

cc:  Thomas W. Gregory, District Judge
     Michael Luis Cota
     Attorney General/Carson City
     Douglas County District Attorney/Minden
     Douglas County Clerk